**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BRYAN N. PRICE,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO.: 1:26-CV-102**
**HON. JUDGE KLEEH**

**MARION COUNTY COMMISSION;**
**ETHAN DARDEN, in his individual and official capacities;**
**DONALD MUNDELL, in his individual and official capacities;**
**RODNEY MILLER; and,**
**TAMMY MAE MILLER,**

**Defendants.**

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

NOW COME, the Plaintiff, Bryan N. Price, by counsel, Isaac R. Forman, Levi B. Pellegrin, the law firm Hissam Forman Donovan Ritchie PLLC, and J. Michael Benninger and Benninger Law, PLLC, and the Defendants, Marion County Commission, Ethan Darden and Donald Mundell, by counsel, Keith C. Gamble, and the law firm of Litchfield Cavo LLP, and stipulate that (1) Defendants the Marion County Commission and Ethan Darden were previously served with a copy of the summons and complaint in this matter, and (2) Keith C. Gamble has accepted service of the complaint and summons for Defendant Donald Mundell. The parties further stipulate and agree that the time for Defendants to answer or otherwise plead in response to Plaintiff's complaint is extended. Defendants Marion County Commission, Ethan Darden and Donald Mundell will answer or otherwise respond to the complaint on or before November 13, 2026.

_*/s/ Keith C. Gamble*_________________
Keith C. Gamble, WVSB# 7971
***LITCHFIELD CAVO LLP***
*Mailing Address:*
1220 Greenbag Road
Morgantown, WV 26508
Telephone: 304-546-1489
gamble@litchfieldcavo.com
*Counsel for Defendants, Marion County Commission, Ethan Darden and Donald Mundell*

_*/s/Isaac R. Forman (w/ permission)*____
**Isaac R. Forman, WVSB # 11668**
**Levi B. Pellegrin, WVSB #13669**
Hissam Forman Donovan Ritchie PLLC
PO Box 3983
Charleston, WV 25339
681-265-3802
Email: iforman@hfdrlaw.com
Email: lpellegrin@hfdrlaw.com

**J. Michael Benninger, WVSB # 312**
Benninger Law, PLLC
PO Box 623
Morgantown, WV 26507
304-241-1856
Fax: 304-241-1857
Email: mike@benningerlaw.com
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BRYAN N. PRICE,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO.: 1:26-CV-102**
**HON. JUDGE KLEEH**

**MARION COUNTY COMMISSION;**
**ETHAN DARDEN, in his individual and official capacities;**
**DONALD MUNDELL, in his individual and official capacities;**
**RODNEY MILLER; and,**
**TAMMY MAE MILLER,**

**Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of October, 2026, I filed the foregoing "**Stipulation Extending Time To Respond To Complaint**" by using the CM/ECF system, which will send electronic notification of said filing to all counsel of record.

**Isaac R. Forman**
**Levi B. Pellegrin**
Hissam Forman Donovan Ritchie PLLC
PO Box 3983
Charleston, WV 25339
681-265-3802
Email: iforman@hfdrlaw.com
Email: lpellegrin@hfdrlaw.com
&
**J. Michael Benninger,**
Benninger Law, PLLC
PO Box 623
Morgantown, WV 26507
304-241-1856
Fax: 304-241-1857
Email: mike@benningerlaw.com
*Counsel for Plaintiff*

*/s/ Keith C. Gamble*_________________

Keith C. Gamble, WVSB# 7971
***LITCHFIELD CAVO LLP***
*Mailing Address:*
1220 Greenbag Road
Morgantown, WV 26508
Telephone: 304-546-1489
gamble@litchfieldcavo.com